

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS PYLE** | **CIVIL ACTION** |
| **v.** | **NO. 13-4437** |
| **COLUMBIA MANAGEMENT INVESTMENT ADVISORS LLC, et al.** | |

FILED

OCT 2 4 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER RE MOTION FOR JUDGMENT ON THE PLEADINGS

**AND NOW,** this 24th day of October, 2013, defendant has filed a Motion for Judgment

on the Pleadings in this employment discrimination case. Defendants' principal contention is

that plaintiff's claim is barred by statute of limitation principles. Having reviewed the Complaint

and the plaintiff's response to the Motion, the Court concludes that considering plaintiff's

allegations in the light most favorable to the plaintiff, which is required at this stage, plaintiff has

stated a theory of liability which requires discovery to proceed in that plaintiff may assemble

facts sufficient to establish as a matter of law and/or for a jury that his claims have merit and are

timely. The Motion for Judgment on the Pleadings is **DENIED**, without prejudice to raise the

same issues again on a Motion for Summary Judgment after the conclusion of discovery.

BY THE COURT:

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 13\13-4437 pyle v. columbia management\13cv4437.mot.judgment.doc

ENTERED
OCT 2 4 2013
CLERK OF COURT