IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PYLE,<br>    Plaintiff,<br><br>v.<br><br>COLUMBIA MANAGEMENT INVESTMENT ADVISORS LLC<br>    and<br>AMERIPRISE FINANCIAL, INC.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. – 13-4437 |
|---|---|

### ORDER

AND NOW, this 20th day of December 2013:

Defendants have moved for Judgment on the Pleadings based on their contentions that Plaintiff's age discrimination is untimely and that he did not plead a sufficient retaliation claim. After review of Defendants' Motion for Judgment on the Pleadings ("the Motion") (ECF 5), Plaintiff's Opposition to the Motion (ECF 11), Defendants' Reply in Support of the Motion (ECF 14), and Plaintiff's Sur-Reply in Opposition to the Motion (ECF 17), it is evident to the Court that material issues of fact exist as to the date of Plaintiff's termination and what, if any, harm Plaintiff suffered as a result of actions taken by Defendants after Mr. Pyle filed his EEOC complaint. Therefore, it is hereby **ORDERED** that Defendants' Motion for Judgment on the Pleadings is **DENIED**.

BY THE COURT:

_____
MICHAEL M. BAYLSON, U.S.D.J.

FILED
DEC 20 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ENTERED
DEC 20 2013
CLERK OF COURT