IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS PYLE, : | |
| : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. 13-4437 |
| : | |
| COLUMBIA MANAGEMENT INVESTMENT : | |
| ADVISORS, LLC and AMERIPRISE : | |
| FINANCIAL, INC., : | |
| : | |
| Defendants. : | |

**O R D E R**

**AND NOW,** this 23rd day of April, 2014, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY***:*  */s/ Shana Restucci*_____
Shana Restucci, Civil Deputy Clerk
Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov
Telephone: 610-391-7030

All counsel notified by e-mail.